USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/8/2021_

U.S. Department

United States A
Southern Distri

86 Chambers Street
New York, New York 1(

February 8, 2021

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   *Fall v. Bowes*, No. 20 Civ. 10581 (AT)

Dear Judge Torres:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Petition for Alien Relative (Form I-130) and Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent extension of time of sixty days to respond to the complaint (*i.e.*, from February 19 to April 21, 2021). I also respectfully request that the initial conference presently scheduled for February 16, 2021 be adjourned to the week of May 3, 2021 or thereafter. Pre-conference submissions are currently due tomorrow.

    The extension is respectfully requested because USCIS interviewed the plaintiff on February 3, 2021 in regard to his Form I-130 and Form I-485 and is in the process of scheduling a follow-up interview that is expected to be set for early March 2021, although the date of that interview is not yet certain. The government anticipates that the requested extension will provide adequate time for USCIS to schedule and conduct the follow-up interview and then to determine what next steps may be necessary with respect to plaintiff's petition and application or to proceed to take adjudicative action, which potentially would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiff's counsel consents to these requests.

    I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

GRANTED. By **April 21, 2021**, Defendant shall answer or otherwise respond to the complaint. The conference scheduled for February 16, 2021, is ADJOURNED to **May 4, 2021**, at **10:20 a.m.** By **April 27, 2021**, the parties shall submit their joint letter and case management plan.

SO ORDERED.

Dated: February 8, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge